HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHARMANE DOZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:24-mj-00007-CDB |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| vs. | |
| CHARMANE DOZIER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney JOSEPH BARTON, counsel for plaintiff, and Assistant Federal Defender CHRISTINA M. CORCORAN, counsel for defendant Charmane Dozier, that Ms. Dozier's conditions of release be modified to remove the requirement that she submit to location monitoring / GPS technology (Dkt. # 11 at 8, condition 8(s) and (t)(iv)).

On February 22, 2024, Ms. Dozier was granted pretrial release on conditions. *See* Dkt. #11 at 2.  Ms. Dozier has no prior criminal history.  She lives with and cares for her disabled spouse.  The magistrate judge imposed the condition that Ms. Dozier wear a GPS ankle monitor based on the representation that she may need to drive from Maryland to California for her court appearances, and the judge wanted her to be monitored for such road trips.  However, Ms. Dozier has secured flight credit for her future appearances and will no longer need to drive.  Under the circumstances, the parties request that her pretrial release conditions be modified to delete the

aforementioned monitoring conditions, 8(s) and (t)(iv).  All other previously imposed terms and conditions remaining in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  March 6, 2024	*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 6, 2024	*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
CHARMANE DOZIER

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Charmane Dozier [Dkt. # 11] to remove conditions 8(s) and (t)(iv).  All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 7, 2024**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE